# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STARCOM MEDIAVEST GROUP, INC.,** <br><br> Plaintiff, <br><br> v. <br><br> <u>**MEDIAVESTW.COM**</u> **and JOHN DOES 1-5,** <br><br> Defendants. | CASE NO. C-10-04025-LHK <br><br> **HON. LUCY H. KOH** <br><br> **ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR BY TELEPHONE FOR HEARING ON ORDER TO SHOW CAUSE** <br><br> **[Local Rule 7-1(b)]** <br><br> **Date:** September 21, 2010 <br> **Time:** 3:00 p.m. <br> **Courtroom:** 4 (Fifth Floor) <br> **Judge**: Hon. Lucy H. Koh <br> **Action Filed**: September 8, 2010 <br> **Trial Date**: TBD |

## ORDER

The Court, having reviewed the request of Plaintiff Starcom Mediavest Group, Inc., to appear by telephone for hearing on Order to Show Cause, set for September 21, 2010, at 3:00 p.m., and finding good cause exists for the request, hereby grants the request.

Counsel for Plaintiff shall be permitted to appear at the hearing on the Order to Show Cause by telephone. As soon as possible, Counsel for Plaintiff shall call Court Call Conferencing at 866/582-6878 to arrange his participation by telephone at the hearing.

**IT IS SO ORDERED.**

DATED: September 17, 2010.

By: *Lucy H. Koh*
The Hon. Lucy H. Koh
United States District Judge