1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

12
13
14
15
16
17
18
19

| STARCOM MEDIAVEST GROUP, INC., | CASE NO. 10-CV-04025-LHK |
|---|---|
| Plaintiff, | **ORDER ON PRELIMINARY INJUNCTION** |
| v. | **Hearing Date:** September 21, 2010 |
| MEDIAVESTW.COM and JOHN DOES 1-5, | **Time:** 3:00 p.m. |
| | **Courtroom:** 4 (5th Floor) |
| | **Judge:** Hon. Lucy H. Koh |
| Defendants. | **Action Filed:** September 8, 2010 |

20      This case is brought pursuant to the *in rem* provisions of the Anticybersquatting Consumer
21  Protection Act ("ACPA"), 15 U.S.C. § 1125(d).  Plaintiff Starcom MediaVest Group, Inc. ("SMG")
22  seeks a Preliminary Injunction against the Registrant of the domain name MEDIAVESTW.COM, all
23  parties in concert with the Registrant, and any other parties claiming ownership in the domain name
24  MEDIAVESTW.COM.  The Court previously found that SMG demonstrated a likelihood of success
25  on the merits of its ACPA claim, and that it was likely to suffer irreparable harm absent preliminary
26  relief.  Therefore, the Court issued an *ex parte* Order Granting Temporary Restraining Order and
27  Order to Show Cause Re: Preliminary Injunction on September 13, 2010 ("TRO," Docket No. 17).
28

1  The Court hereby incorporates by reference its findings as set forth in the TRO. The Court now also finds that SMG has been diligent in its attempts to serve the TRO and supporting papers on the Registrant and various domain name authorities, but has been frustrated in its attempts to reach the Registrant due to the Registrant's apparent provision of "material and misleading false contact information," which is evidence of "bad faith" for purposes of the ACPA. 15 U.S.C. § 1125(d). The Registrant did not file an opposition to the TRO, nor did the Registrant appear at the Order to Show Cause Re: Preliminary Injunction hearing on September 21, 2010. As such, the Court finds that good cause exists for entry of a preliminary injunction, pending resolution of this case on the merits.

Therefore, **IT IS HEREBY ORDERED THAT**:

PENDING entry of final judgment in this case, the Registrant of the domain name MEDIAVESTW.COM, and any and all parties acting in concert with the Registrant, and any other parties claiming ownership or other protectable interest in the domain name MEDIAVESTW.COM (collectively "Defendants"), and each of their respective officers, agents, servants, employees and attorneys, and all those in active concert or participation with them ARE HEREBY RESTRAINED AND ENJOINED from operating or assisting in the use of, or facilitating in any manner the use of, the domain name MEDIAVESTW.COM, for any purpose whatsoever, including without limitation in connection with the sending or receiving of e-mail, domain name redirection services or the hosting of a website.

PENDING a resolution of the case on the merits, the Court hereby orders VeriSign, Inc., as the operator of the dot-com (.com) top-level Internet domain, to institute a "registry hold" on the MEDIAVESTW.COM domain, whereby the MEDIAVESTW.COM domain will be taken out of the dot-com zone and any attempt by individuals to use or access the domain, or services made available via the domain, will be impossible.

Because SMG has made such a strong showing of likelihood of success on the merits and because the Registrant's activities have evinced fraudulent intent and bad faith, the Court shall not require a bond at this time.

This Order shall remain in effect until either (a) a final judgment is entered in this action; or

Case Number: 10-cv-04025
ORDER ON PRELIMINARY INJUNCTION

(b) the Court issues an order modifying, amending or vacating this order. In the interim, SMG must make its best efforts to serve this Order and supporting papers on the Registrant of MEDIAVESTW.COM no later than September 22, 2010. In addition, SMG must publish notice of this Action for two weeks in the following newspapers: San Jose Mercury News, San Francisco Chronicle, Chicago Tribune, The Patriot News (in Harrisburg, PA), and the Melbourne Herald Sun (in Melbourne, Australia).

**IT IS SO ORDERED.**

Dated: September 21, 2010

By: *Lucy H. Koh*

The Hon. Lucy H. Koh
United States District Judge

Case Number: 10-cv-04025
ORDER ON PRELIMINARY INJUNCTION